# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2009

Marilyn Kelly,
Chief Justice

137672

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SHAUN BONKOWSKI,
        Plaintiff-Appellant,

v

                                  SC: 137672
                                  COA: 273945

ALLSTATE INSURANCE COMPANY,        Oakland CC: 2001-035172-NF
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 2, 2008 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether 12 percent no-fault penalty interest under MCL 500.3142 ceases to accrue once the judgment is entered. The parties may file supplemental briefs, limited to that issue, within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2009

                                      Clerk

p0421